1  BENJAMIN B. WAGNER
United States Attorney
2  YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
3  Eastern District of California
501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
Telephone:  (916) 554-2760
5
Attorneys for Petitioner United States of America
6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  2:12-cv-02593

12            Petitioner,               **ORDER TO SHOW CAUSE RE:**
                                         **TAX SUMMONS ENFORCEMENT**
13        v.
                                         Taxpayer: KELLY H. COOPER
14  KELLY H. COOPER,
                                         Date:  December 12, 2012
15            Respondent.               Time:  10:00 a.m.
                                         Ctrm:  24, 8th Floor
16

17

18       Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the

19  Eastern District of California, including the verification of Revenue Officer ALEX

20  ALARCON, JR., and the Exhibit attached thereto, it is hereby:

21       ORDERED that the Respondent, KELLY H. COOPER, appear before the

22  undersigned in Courtroom No. 24 in the United States Courthouse, 501 I Street,

23  Sacramento, California, on December 12, 2012, at 10:00 a.m., to show cause why the

24  respondent should not be compelled to obey the Internal Revenue Service summons

25  issued on April 27, 2012.

26       It is further ORDERED that:

27       1. The undersigned will preside, under 28 U.S.C. § 636(b)(1) and Local Rule

28  302(c)(9), at the hearing scheduled above.  After hearing, the undersigned intends to

ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT                         1

1  submit proposed findings and recommendations under Local Rule 304(a), with the

2  original thereof filed by the Clerk and a copy provided to all parties.

3      2.  Under Federal Rule of Civil Procedure 4(c)(3), the Court hereby appoints the

4  investigating Internal Revenue Service employee, and all federal employees designated

5  by that employee, to serve process in this case.

6      3.  To afford the respondent an opportunity to respond to the petition and the

7  petitioner an opportunity to reply, a copy of this order, the Verified Petition and its

8  Exhibit, and the Points and Authorities, shall be served by delivering a copy to the

9  respondent personally, or by leaving a copy at the respondent's dwelling house or usual

10  place of abode with some person of suitable age and discretion then residing therein, or

11  by any other means of service permitted by Federal Rule of Civil Procedure 4(e), within

12  21 days of the date this order is served upon the United States Attorney, unless such

13  service cannot be made despite reasonable efforts.

14      4.  Proof of any service done under paragraph 3 above shall be filed with the Clerk

15  as soon as practicable and at least 14 days prior to the date set for the show cause hearing.

16      5.  If the federal employee assigned to serve these documents is not reasonably

17  able to serve the papers as provided in paragraph 3, petitioner may request a court order

18  granting leave to serve by other means.  The federal employee assigned to serve the

19  documents shall make a certificate detailing the efforts made within the 21-day period to

20  serve the respondent as provided in paragraph 3.

21      6.  The file reflects a prima facie showing that the investigation is conducted

22  pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the

23  information sought is not already within the Commissioner's possession, and that the

24  administrative steps required by the Internal Revenue Code have been followed.  *See*

25  *United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden of coming forward

26  therefore has shifted to whomever might oppose enforcement.

27  ///

28

ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT

7. If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at least 14 days before the date set for the show cause hearing.

8. At the show cause hearing, the undersigned intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

9. The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 14 days before the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

DATED:  October 22, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE